STATE EX REL. SEATON *v.* INDUSTRIAL BOARD OF INDIANA ET AL.

[No. 28,007. Filed May 17, 1944.]

*T. Ernest Maholm* and *Marsh & Marsh,* all of Indianapolis, for relatrix.

PER CURIAM.—This is an original action seeking a writ of prohibition against the Industrial Board of Indiana. This court has no jurisdiction to grant such a writ. See § 3-2201, Burns' 1933, § 1090, Baldwin's 1934.

Petition dismissed.

NOTE.—Reported in 54 N. E. (2d) 944.